1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   *greg@westonfirm.com*
3  1405 Morena Blvd., Suite 201
   San Diego, CA 92110
4  Telephone:   (619) 798-2006
5  Facsimile:    (619) 343-2789

6  <u>**Counsel for Plaintiff**</u>

7                **UNITED STATES DISTRICT COURT**

8          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10 STEVE ALTES, on behalf of himself
11 and all others similarly situated,          Case No. 8:19-cv-01340-JLS-JDE
                                              Pleading Type: Class Action
12              Plaintiff,
                                              **PLAINTIFF'S NOTICE OF SETTLEMENT**
13        v.                                   **AND O.S.C. RESPONSE**

14 SAMBAZON, INC.,                             Judge: The Hon. Josephine L. Staton

15
16              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

The parties are pleased to report that they are in agreement on all major terms of a class action settlement, and they are working together daily to present the Court with a complete executed agreement, preliminary approval motion, and proposed plan for class notice.

They respectfully request the Court discharge the OSC and set the hearing for the impending motion for preliminary approval of class action settlement for January 10, 2020, or to one of the Court's three prior civil motion calendars currently marked closed to the extent a relatively short and unopposed motion can be squeezed in on December 20, December 27, or January 3.

DATED: October 25, 2019                          Respectfully Submitted,

                                                 s/ Gregory S. Weston
                                                 **THE WESTON FIRM**
                                                 GREGORY S. WESTON
                                                 1405 Morena Blvd., Suite 201
                                                 San Diego, CA 92110
                                                 Telephone:   (619) 798-2006
                                                 Facsimile:    (619) 343-2789

                                                 **Counsel for Plaintiff**

1