**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Counsel for Plaintiff**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ALTES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMBAZON, INC.,<br><br>Defendant. | Case No: 8:19-cv-01340-JLS-JDE<br>Pleading Type: Class Action<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CI. P. 41(A)(1)(a)(i)**<br><br>Judge: The Hon. Josephine L. Staton |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff Steve Altes hereby voluntarily dismisses this action in its entirety with prejudice.

DATED: June 4, 2020

Respectfully Submitted,

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Counsel for Plaintiff**